3:26-cv-128-MEO

**Hand-Delivered**

Sherif A Philips, MD
1406 North Marine
Corps Drive
Upper Tumon, GU
96913

FILED
CHARLOTTE, NC

FEB 18 2026

US DISTRICT COURT
WESTERN DISTRICT OF NC

# In The Western District Court Of North Carolina

***

**Sherif Antoun Philips, MD**

PLAINTIFF

V.

**Pitt County Memorial Hospital, Inc**

**David Creech, Jay Salsman, Michael Berman**

**and Daniel Berman**

DEFENDANTS

***

# Rule 54 ( 2 ) ( b-d ) , Set Aside Judgement , Judicial Review of the Legal Fees after the Defaulted Court order, Fair Dept Collection Practice Acts and Emergency Motion To Stay

***

## Hereby given that Plaintiff Sherif A.Philips, MD Filed For New Claim v. Pitt County Memorial Hospital , David Creech, Jay C. Salsmam, Michael Berman and Daniel Berman

Plaintiff, Sherif A.Philips,MD is above 18 yrs old plaintiff state of domicile is Florida , Pitt County Memorial Hospital,
David Creech & Jay C. Salsman are residents of North Carolina
Michael and Daniel Berman are residents of Guam

*Plaintiff is pursuant to* **Rule 54(2)(b-d) , Set Aside Judgment , the Fair Debt Collection Practice Acts and Equal Access to Justice Act 28 U.S.C § 2412 (d)(1) (B)**

Plaintiff is asking for **a Judicial Review of the unlawful award of the legal fees** under 28 U.S.C. § 2412, for an order **issued by Fraud Upon The Court** *( is not, in essence a decision at all and never became final )*& for **an Emergency Motion to stay for ease of the plaintiff's financial & emotional distress**

## Jurisdiction

The Eastern District Court of North Carolina botched the the plaintiff's claims before And even the plaintiff was forbidden to file any claims over there.
All of the plaintiff is asking for a fair trial and to follow the law as prescribe .So the plaintiff is seeking the Western District Court of NC away from the friendly neighborhood court where failure to state a claim ( Rule 12 ), Statute of limitations, and lack of Jurisdiction pertained only to the defendants

## Statutory Provision Involved

*Due Process of law, The First Amendment,The Fifth Amendment,the Fourteenth Amendment, and
Title 42U.S Code & 1983*

1

## INTRODUCTION AND STATEMENT OF THE CASE

*1- As if it wasn't enough that PCMH destroyed the plaintiff's career, the plaintiff was named an imminent dangerous physician - very hard to rehire and refused to provide any inquiry regarding the plaintiff that led the plaintiff to practice in nowhere area in Guam. PCMH was incapable to execute the 2014 order at N.C ( The order was initiated by Fraud Upon The Court - never been funded by any case of law or any statute )*

*2- PCMH recruited a local lawyer from Guam in bad face who tried to enforce the 2014 defaulted N.C State Court order for legal fees in the Guam State Court fetching for favorite ruling*

*3- The plaintiff pursuant to the Fair Dept Practice Act which prohibit harsrasnent, unfair practice and deceptive strategies*

*4-The local lawyer kept filing up to 166 motions & subpoenas succeeded in deceiving the higher and lower courts of Guam to approve the local lawyer's misconduct ad his fradulant allegation of the plaintiff's Guam medical license application was enough for the court to acquire jurisdiction over the plaintiff's claim and abused the poor familiarity of the Guam Courts deeming neither the Federal & the State statutes nor the case of law to award legal fees to the prevailing party*

*5- The local lawyer kept sending Emails to the court clerk for setting up an unscheduled hearing for setting the plaintiff incomtempt to the court , serving the plaintiff in his clinic where the plaintiff was been threatened with being locked up.*

*6- The local lawyer garnished $ 105,000 of the plaintiff's dialysis dividend without a court order either the plaintiff or the dialysis company's knowledge.*

*7- Embezzled the plaintiff's bank account twice without a court order.*

*8-The local lawyer subponea the Guam Medical Board and IRS interfered with the plaintiff's private life*

*9- After the local lawyer looted over $ 200.000 the local lawyer asked for $ 750,000 exceeded what was allowed by the law as momentary damage recovery never exceeds $ 75,000 according to NC G.S & 6-21.2 or 6-21.6*

*10- Serving the plaintiff with his employees in the plaintiff's private office where the plaintiff was threatened with being locked up*

*11- Setting up a hearing with the Satellite Guam Court using the 2020 subponea in 2023 where the court stamp was distorted and the local lawyer was deceiving and abusing the court regarding the progress & the nature of the plaintiff's claim*

*12- The local lawyer was deceiving the court regarding the Guam Supreme Court being final - which wasn't*

*13- No motions for a stay were filed by the plaintiff - the plaintiff was already filed for Rule 62, Rule 8, and the Rooker-Feldman Doctrine*

*14- The local lawyer kept deceiving the court by stating that today was the date for Dept Collection ( which wasn't )*

*15- Even the local lawyer stated that the plaintiff was served in his office ( never happened )*

*16- Setting up a Show Cause Hearing in every Guam Courts by stating up till now the local lawyer hadn't received any money*

*17- That led the lower Guam state court to act without jurisdiction over the plaintiff's claim ( the plaintiff's claim was under the federal jurisdiction and not to be remanded yet to the lower court )and that clearly was a* **Treason to the constitution as well illustrated by the U.S Supreme court**

*18- The lower state court unlawfully honored the show cause hearing which was a setup for humiliation and putting the plaintiff in severe financial and emotional distress.*

*19- The lower court let the local lawyer take the lead during the hearing where the local lawyer intended to seize his car and his whalet.*

*20- Even the court stated to the plaintiff - you have to tell your wife that the court will seize the plaintiff's house in Florida*

*21- The court enforced a $ 5000 monthly payment on the plaintiff's credit card - the money that the plaintiff didn't have- and the plaintiff was pursued by the court marshal. If the plaintiff's credit card declines the plaintiff will be locked up*

*22- The local lawyer succeeded in setting up another Show Cause Hearing with the higher court clerk ( wasn't a judge from the Guam Supreme Court panel ) which was totally unfamiliar with the plaintiff's claims .The court was urged on the biased Pre-filling order issued unlawfully by the higher court and titles the plaintiff as a vexatious litigant without any evidence so far. Even the court didn't allow the plaintiff to defend himself against the local lawyer's allegations*

*23- At that time the plaintiff's claims was under the federal jurisdiction and the court omitted the Rooker- Feldman Doctrine ( which provides an automatic stay ). And honored the local lawyer's misconduct and awarded the local lawyer $ 7500 whatever the local lawyer inquired about.And if it wasn't paid the plaintiff will be locked up.*

*24- The plaintiff pursued the Set Aside Motion for*
   *( A ) Lack of Jurisdiction*
   *( B ) Fraud*
   *( C ) Statute of limitations*

     *A- Lack Of Jurisdiction*

*I- Guam has never been the plaintiff's state of domicile. The plaintiff was compelled to work there after PCMH tilting the plaintiff as an imminent dangerous physician very hard to rehired and ruined the plaintiff carrier by refusing to provide any inquiry regarding the plaintiff. PCMH spread the rumors that the plaintiff committed Medicare Fraud and slandered his NC medical license.(All of this allegation was fraudulent)*

*II- Where was the injury to PCMH if any -never been in Guam- PCMH State of domicile is North Carolina ( lack of Jurisdiction )*

*III - The plaintiff provided to the court all of his income taxes returned, driver's license, bank account, vote registration etc. As was inquired by the district court which clearly exhibited that the plaintiff's state of domicile is Florida ( all of this evidence was omitted )*

*IV- The Guam Supreme Court acknowledged in its order that the higher court is not within the N.C state court system, nor is it within the United States Federal Court System*
*So this court* **has no jurisdiction to review the proceeding in those courts**

*V- When the plaintiff was asking for a fair trial and was asking the court to follow what was written on the higher court's website*
*(The Supreme Court is the highest judicial body of the United States territory of Guam is the ultimate judicial authority on local matters. Appeals of a question involving the U.S Constitution or federal laws of treaties are heard by a three-judge appellate panel of the U.S District Court of Guam.*

*So the higher court asked the clerk to reject the plaintiff's further filing and named the plaintiff as a vexatious litigant.*

*VI- Even the Guam Supreme Court issued a Biased pre-filing order ( ADM23-11 ) where the notice of appeal is presumed to be certified by the lower court before being seen by the higher court.*

*VII - The lower court manipulated the pre-filing order never certified any plaintiff's appeal and the court was barricading the plaintiff from prevailing at the higher court.*

*VIII -The Guam District Court omitted 28 U.S.C §1446 ( b )(c)1 intensely which tolls the statute of limitations for transfer of the initial claims from the state to the federal court within one year if diversity jurisdiction exists.*

*IX- Also the Guam District Court omitted the Venue of Transfer when the plaintiff's claims were denied on Solo's lack of Jurisdiction.The court breached 28 U.S.C & 1494 (a) and 28 U.S.C § 1406 ( a )*

*X- It was a 2014 defaulted N.C State order for legal fees where the NC laws were never pursued. In 2018 PCMH tried to enforce it at the Guam State Court*


*( B ) Fraud*

*I- Losing a claim never meant that the plaintiff's claims were a malicious & frivolous claim and the prevailing party is entitled to legal fees.The N.C state court erred in awarding the legal fees in contravention of the American Rule governing attorney's fee ( Where was Failure To State a claim Rule 12 (2) (6 ) - it pertained only to the defendants )*

*II- Awarding the legal fees after the summary judgment motion- Rule 56 - According to N.C. § 6-21.5 a Summary Judgment Motion is not in itself a sufficient reason for the court to award any attorney's fees*

*III- The 2014 defaulted NC state Court order for legal fees was created by the PCMH legal team never been funded by any statute or case of law. And that was clarified by the court as* **Fraud Upon The Court**

*IV - The decision produced by Fraud Upon The Court is not, in essence a decision at all and never becomes final*

*V- The corrective action was done by the hospital board of trustees -* **No immunity for the board of trustees and they are liable for the plaintiff's punitive damage claim and injunction relief.**

*VI- This meant that the plaintiff's claim for punitive damages claim was a legitimate claim and never a malicious & frivolous claim. Even wasn't the nucleus of the plaintiff's claim as fraudulently stated by the PCMH legal teams*

*VII- The fraudulent allegation by the legal team of PCMH - For the federal court claim, PCMH's , lawyer argued that the hospital is a private entity to overthrow the Due Process. And for the state court, the lawyer asked for Absolute immunity as State Actors. ( lawyer gimmick )- The lawyer's misconduct was honored by the Eastern District Court of N.C*

VIII - Even the N.C State Court wasn't aware that HCQIA's immunity is acquired not absolute and even HCQIA doesn't provide immunity from injunction relief or declaratory relief
   ( citing Sugarbaker v. SSM Health Care, 190 F.3d 905,918
   ( 8th Cir 1999 ) cert.denied ,528 U.S. 1137 (2000).
      Johnson v. Greater Southeast Community Hospital Corp )

IX- There was clearly a breach of all that the N.C statutes which guarded the award if the legal fees for the prevailing party

- A- N.C § 6-21.5 Attorney fees in non-justifiable case Rule 56 or Summary Judgment Motion is not in itself a sufficient reason for the court to award attorney's fees

- B- N.C Stat § ID- 45 According to N.C. punitive damage claims statute, the court should award reasonable attorney's fees against any claimant who filed a punitive damage claim or the defendant who asserts a defense in a punitive damage claim, where the respective party knew or should have known that the claim or defense was frivolous or malicious

- C- No evidence was provided to the court that the plaintiff knew that his claims were malicious and frivolous
  As a matter of fact, the plaintiff was defending his career and his earnings against the malicious force of greed to take over the plaintiff's clinic for free.

- D- N.C 21.6 limitation on the amount of the attorney fee act limits the amount of attorneys that may be recovered
  They cannot exceed the amount of momentary damage
  An award in the matter of action is brought by a party primarily for the recovery of momentary damage

- E- N.C ID-25 limitation of the amount of recovery punitive damage claim is awarded against the plaintiff shall not exceed three times the amount of compensatory damage or $ 250,000

- F- There was a breach of N.C.G.S § 6-21.2 There was Supposed to be a 15% cap on the attorney fees allowed to the creditor to recover.
  But the creditor needs to prove the actual amount which had never been verified by the N.C State Court
  ***This means the legal fees shouldn't exceed $ 75,000***

(C) Statute of limitations Rule 54 (2)(b-d)
   **(Which was filed in the Guam Courts since 2019)**

   Unless otherwise provided by statute or order of the court
   The order must be filed no later than **14 days after entering the judgment and statute, rules or other entity the moving party to such an award.**
   The order for legal fees was issued in July 2014 and PCMH tried to enforce it on May 21, 2018, in Guam State Court.
   ( Feldman v. Olin Corp ( 7th Cir 2"13 ); Abrams v. Lightolier Inc ( 3rd Cir 1995 )
   On January 29, 2026 Show Cause Hearing the plaintiff was severed by the local lawyer for inquiring about $750,000 additionally after all the money was looted by him. And when the plaintiff replied to the court which was already cited during the hearing that there was
   Guam Supreme case - Pia Marine Homeowner Ass'n v. Kinoshita Coro ( case No CVA 12-029 ) - considered to be pursued

   The local lawyer filed for opposition and tried very hard to concealed the fact. Sure within a couple of hours the plaintiff was served with a court order to strike out his reply. And has been threatened to increase his monthly credit card payment

II - In Guam, the creditors are given a window of 60 days from the start initial publication of the credit notice letter to submit their claim ( which was filed in 2018 )

III- The statute of limitations for Debt collection in Guam is 5 heard old.

IV- The plaintiff pursuant to Rule 60 (b)(4) after 5 years the judgement supposed to be voided

## *Conclusion*

     For the ongoing reason, the plaintiff asked for an emergency motion to stay and stop the monthly payment on the plaintiff's credit card to ease off the plaintiff's financial burden

Guam Courts botch the plaintiff's claims where the plaintiff was treated in discriminatiory matter as being ProSe and breaching his constitutional right for fair trial and was named a vexatious litigant without any evidence
Even the Guam Courts acted without jurisdiction over the plaintiff's complaint honored the local lawyer's transgression and looting & garnishing the plaintiff's money, modifying the core of the plaintiff's claim against the local lawyer and the plaintiff's claim was denied due to lack of juristiction

Also, enforce Rule 21 to transfer the plaintiff's claim out of the Guam Courts for the interest of justice.Follow the law as prescribed and stop the creativity and the lawyer gimmicks

Plaintiff is asking for all of his legal fees and injunction relief.

                                          Yours

                                        Sherif A.Philips, MD
                                        1406 North Marine Corps Dr.
                                        Upper Tumon, GU 969313
                                        671-6897611
                                        sherifap@aol.com

## CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(a)(7)(C), I certify that: This petition was in the compliance with the type-volume limitation of Fed. R. App. P. 32(a)(7)(B) because this brief contains 2602 words.

This brief complies with the type face requirements of the Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because this brief has been prepared in a proportionately spaced typeface.

Date: February 19 , 2026

*Sherif A. Philips, MD*

*Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on Petitioner filed the foregoing with the Clerk of

The U.S. Supreme Court  By FedEx

I am enclosing proof of service to the Responder's lawyer

Date: February 19 ,2026

                                                      Sherif A. *Philips*, MD

                                                     *Plaintiff*